UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL J. STILFIELD          :     Chapter 7
        ROSLYN M. STILFIELD
               Debtors              :

                                 :     Bankruptcy No.  21-11186 - AMC

## CERTIFICATION OF NO RESPONSE

    I, PAUL H. YOUNG, ESQUIRE, attorney for Debtor, do hereby certify the following:

    On **July 12, 2021**, a copy of Debtor's Motion to Avoid Judicial Lien and Notice of Motion, Response Deadline and Hearing Date was served by regular and certified United States mail to all interested parties, the Trustee and all creditors listed below:

Jaison Thomas, CEO
Midland Funding, LLC
2365 Northside Drive, Suite 300
San Diego, CA 92108

    I  have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

    WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed order attached to the Motion to Avoid Judicial Lien.

                                               /s/ Paul H. Young
                                               Paul H. Young, Esquire
                                               Young, Marr & Associates, LLC
                                               3554 Hulmeville Road, Suite 102
                                               Bensalem, PA 19020
                                               P: 215-639-5297
                                               F: 215-639-1344
                                               support@ymalaw.com