# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL STILFIELD        :        CHAPTER 7
        ROSLYN STILFIELD        :
        Debtors                           :        NO. 21-11186

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an additional sixty (60) days **for a total of one hundred and twenty (120) days from the original date of the 341 Meeting of Creditors** in which to file the Reaffirmation Agreement between Debtors and JP Morgan Chase Bank, N.A. & Select Portfolio Servicing.

**Date: August 16, 2021**

_____
                    J.

Copies to:

Paul H. Young, Esquire

U.S. Trustee's Office

JP Morgan Chase Bank, N.A.

Select Portfolio Servicing

Debtor