U UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   MICHAEL J. STILFIELD        :   Chapter 7
ROSLYN M.STILFIELD
                Debtors              :

                                     :   Bankruptcy No.  21-11186 - AMC

## ORDER

**AND NOW,** upon Motion of the Debtor to avoid judicial liens held by **Midland Funding, LLC,** ("the Respondent") in the real property of the Debtor located at **1001 Hartel Avenue, Philadelphia, Pennsylvania 19111**, **AND**, the Debtor having asserted that the alleged liens arising from the judgments entered in the Municipal Court of Philadelphia County**,** Pennsylvania at **Docket #'s SC-16-09-01-3200 and SC-19-04-15-5108** respectively are subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

Date:                                              _____
                                                   Ashely M. Chan
                                                   United States Bankruptcy Judge