United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11186-amc |
| Michael J Stilfield | Chapter 7 |
| Roslyn M Stilfield | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 03, 2021 | Form ID: 318 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J Stilfield, Roslyn M Stilfield, 1001 Hartel Avenue, Philadelphia, PA 19111-3203 |
| 14603198 | + | Abington memorial Hospital - Patient Pay, PO Box 826580, Philadelphia, PA 19182-6580 |
| 14603218 | + | Continental Finance Co, Pob 8099, Newark, DE 19714-8099 |
| 14603217 | + | Continental Finance Co, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714-8099 |
| 14603225 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, First Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14603224 | + | First Savings Bank, Attn: Bankruptcy, Po Box 5019, Sioux Falls, SD 57117-5019 |
| 14603228 | + | Grimley Financial Corporation, 30 Washington Ave., Suite C-6, Haddonfield, NJ 08033-3341 |
| 14603231 | + | Jeanes Hospital, Attn: Cashier, 7600 Central Ave., Philadelphia, PA 19111-2499 |
| 14603238 | + | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 14603239 | + | Midwest Recovery Systems, 514 Earth City Plaza, Earth City, MO 63045-1303 |
| 14603241 | + | P S E C U, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 14603244 | + | Radiology Group Abington, PO Box 4238, Portsmouth, NH 03802-4238 |
| 14603245 | + | SPS Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14603257 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BTPDERSHAW.COM | Sep 04 2021 03:33:00 | TERRY P. DERSHAW, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 03 2021 23:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 04 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 03 2021 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 03 2021 23:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14603196 | + | Email/Text: mnapoletano@ars-llc.biz | Sep 03 2021 23:31:00 | Ability Recovery Services LLC, Attn: Bankruptcy, Po Box 4262, Scranton, PA 18505-6262 |
| 14603197 | + | Email/Text: mnapoletano@ars-llc.biz | Sep 03 2021 23:31:00 | Ability Recovery Services LLC, Pob 4031, Wyoming, PA 18644-0031 |
| 14603203 | + | EDI: CCS.COM | Sep 04 2021 03:33:00 | CCS, Paypment Processing Center 27, PO Box 55126, Boston, MA 02205-5126 |
| 14603199 | + | EDI: CAPITALONE.COM | | |

Case 21-11186-amc    Doc 36    Filed 09/05/21    Entered 09/06/21 00:35:06    Desc Imaged
                              Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 03, 2021 | Form ID: 318 | Total Noticed: 64 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 14603200 | + EDI: CAPITALONE.COM | Sep 04 2021 03:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14603201 | + EDI: CAPITALONE.COM | Sep 04 2021 03:33:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14603202 | + Email/Text: ebn@carepayment.com | Sep 04 2021 03:33:00 | Capital One Bank (USA) N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| | | Sep 03 2021 23:31:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 14603206 | + EDI: CITICORP.COM | Sep 04 2021 03:33:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14603205 | + EDI: CITICORP.COM | Sep 04 2021 03:33:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14603207 | + EDI: CITICORP.COM | Sep 04 2021 03:33:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14603208 | + EDI: CITICORP.COM | Sep 04 2021 03:33:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14603210 | + EDI: WFNNB.COM | Sep 04 2021 03:33:00 | Comenity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 14603209 | + EDI: WFNNB.COM | Sep 04 2021 03:33:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14603212 | + EDI: WFNNB.COM | Sep 04 2021 03:33:00 | Comenity Capital/Floor & Decor, Po Box 182120, Columbus, OH 43218-2120 |
| 14603211 | + EDI: WFNNB.COM | Sep 04 2021 03:33:00 | Comenity Capital/Floor & Decor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14603216 | + EDI: WFNNB.COM | Sep 04 2021 03:33:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14603215 | + EDI: WFNNB.COM | Sep 04 2021 03:33:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14603213 | + EDI: WFNNB.COM | Sep 04 2021 03:33:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14603214 | + EDI: WFNNB.COM | Sep 04 2021 03:33:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 14603222 | EDI: DISCOVER.COM | Sep 04 2021 03:33:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 14603219 | + EDI: CITICORP.COM | Sep 04 2021 03:33:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14603220 | + EDI: CITICORP.COM | Sep 04 2021 03:33:00 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14603221 | + EDI: DISCOVER.COM | Sep 04 2021 03:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14603227 | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Sep 03 2021 23:30:00 | Franklin Mint Federal Credit Union, 5 Hillman Drive, Chadds Ford, PA 19317 |
| 14603226 | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Sep 03 2021 23:30:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14603230 | + EDI: HFC.COM | Sep 04 2021 03:33:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 14603229 | + EDI: HFC.COM | Sep 04 2021 03:33:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |

Case 21-11186-amc    Doc 36    Filed 09/05/21    Entered 09/06/21 00:35:06    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 03, 2021 | Form ID: 318 | Total Noticed: 64 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14603204 | | EDI: JPMORGANCHASE | Sep 04 2021 03:33:00 | Chase, P.O. Box 24696, Columbus, OH 43224 |
| 14603233 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 03 2021 23:30:02 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14603232 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 03 2021 23:29:56 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14603235 | + | EDI: MID8.COM | Sep 04 2021 03:33:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14603234 | + | EDI: MID8.COM | Sep 04 2021 03:33:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14603240 | + | Email/Text: bankruptcynotices@psecu.com | Sep 03 2021 23:31:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14603242 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 03 2021 23:30:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 14603243 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 03 2021 23:30:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14603246 | + | EDI: RMSC.COM | Sep 04 2021 03:33:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14603247 | + | EDI: RMSC.COM | Sep 04 2021 03:33:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14603248 | + | EDI: RMSC.COM | Sep 04 2021 03:33:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14603249 | + | EDI: RMSC.COM | Sep 04 2021 03:33:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14603250 | + | EDI: RMSC.COM | Sep 04 2021 03:33:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14603251 | + | EDI: RMSC.COM | Sep 04 2021 03:33:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14603252 | + | EDI: RMSC.COM | Sep 04 2021 03:33:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14603253 | + | EDI: RMSC.COM | Sep 04 2021 03:33:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14603254 | + | EDI: RMSC.COM | Sep 04 2021 03:33:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14603256 | + | EDI: WTRRNBANK.COM | Sep 04 2021 03:33:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14603255 | + | EDI: WTRRNBANK.COM | Sep 04 2021 03:33:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14603223 | | First Premier Bank |
| 14603237 | *+ | Midland Funding Llc, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14603236 | *+ | Midland Funding Llc, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Sep 03, 2021 | Form ID: 318 | Total Noticed: 64

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| CAMERON DEANE | on behalf of Debtor Michael J Stilfield cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| CAMERON DEANE | on behalf of Joint Debtor Roslyn M Stilfield cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| KRISTEN D. LITTLE | on behalf of Creditor JPMorgan Chase Bank National Association pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Roslyn M Stilfield support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Michael J Stilfield support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1 bkgroup@kmllawgroup.com |
| TERRY P. DERSHAW | td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael J Stilfield | Social Security number or ITIN   xxx–xx–1841 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Roslyn M Stilfield | Social Security number or ITIN   xxx–xx–4771 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 21–11186–amc | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael J Stilfield                                       Roslyn M Stilfield

9/2/21                                                         **By the court:**   Ashely M. Chan
                                                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**